UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

A<span>NTHONY</span> C<span>LIFFORD</span> G<span>ATES</span>, J<span>R</span>.,

        Petitioner,

v.

C<span>ONNIE</span> H<span>ORTON</span>,

        Respondent.
_____/

Case No. 2:20-cv-29

Honorable Paul L. Maloney

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motion for release on bond (ECF No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's appeal (ECF No. 14) of the order granting Respondent leave to file her answer four days late is **DENIED** and the order is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to appoint counsel (ECF No. 15) is **DENIED**.

Dated:  October 30, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge