UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ANTHONY CLIFFORD GATES, JR.,

        Petitioner,

v.

CONNIE HORTON,

        Respondent.

_____/

Case No. 2:20-cv-29

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** for failure to raise a meritorious federal claim.

Dated: October 30, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge